Timothy L. MASSIE, Sr., Petitioner–Appellant,

v.

Joseph P. SACCHET, Warden; Attorney General for the State of Maryland, Respondents–Appellees.

No. 01–7104.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Timothy L. Massie, Sr., pro se. John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Timothy L. Massie seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Massie's motion for a certificate of probable cause, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court.

*Massie v. Sacchet,* No. CA–01–136–CCB (D. Md. June 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*